CATHARINE CARMODY, as Administratrix of JOHN CARMODY, Deceased, Appellant, *v.* FITCHBURG RAILROAD COMPANY, Respondent.

(Argued March 18, 1901; decided April 30, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 17, 1900, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term, and an order denying a motion for a new trial.

*John Brooks Leavitt* and *Walter R. Beach* for appellant.

*T. F. Hamilton* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, CULLEN and WERNER, JJ.
Dissenting : BARTLETT, MARTIN and VANN, JJ.